## UNITED STATES v. UNION NAVAL STORES CO.

(Circuit Court of Appeals, Fifth Circuit. June 2, 1913.)

No. 2,329.

In Error to the District Court of the United States for the Southern District of Mississippi; Henry C. Niles, Judge.

Action at law by the United States against the Union Naval Stores Company. Judgment for defendant, and the United States brings error. Reversed.

Wm. H. Armbrecht, Sp. Asst. Atty. Gen., of Mobile, Ala., and R. C. Lee, U. S. Atty., of Jackson, Miss.

J. I. Ford, of Pascagoula, Miss., and Richard Wm. Stoutz, of Mobile, Ala. (W. A. White, of Gulfport, Miss., on the brief), for defendant in error.

Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

SHELBY, Circuit Judge. This case was argued and submitted with United States v. G. M. Kennedy, 206 Fed. 47, which has just been decided. The pleadings in both cases raise the same questions. On the authority of the opinion in the Kennedy Case, the judgment of the District Court in this case is reversed, and the cause remanded, with instructions to sustain the demurrer to the second plea.